1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:    415.875.2300
5  Facsimile:    415.281.1350

6  Attorneys for Defendant
   NVIDIA CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 CARLTON DAVENPORT and QUANG HO,        Case No.: 5:23-cv-01877-BLF
   individually and on behalf of all others similarly
12 situated,                             **DECLARATION OF BRIAN CHOI IN
                                         SUPPORT OF DEFENDANT NVIDIA
13                  Plaintiff,           CORPORATION'S MOTION TO
                                         COMPEL ARBITRATION**
14         v.

15 NVIDIA CORPORATION,

16                  Defendant.

17

18         I, Brian Choi, declare as follows:

19         1.      I am the Senior Product Marketing Manager at NVIDIA Corporation, where I have

20 worked for more than 12 years.  My statements on the matters described below are based on my

21 personal knowledge or my review of NVIDIA's business records.  I submit this declaration in

22 support of NVIDIA's Motion to Compel Arbitration.

23         2.      NVIDIA manufactures and sells the NVIDIA SHIELD TV and SHIELD TV Pro

24 devices.  NVIDIA previously manufactured and sold other tablet and gaming devices in the

25 SHIELD family.  I will collectively refer to NVIDIA SHIELD TV, SHIELD TV Pro, and the

26 SHIELD tablets and gaming devices as "SHIELD devices."  SHIELD devices offer media

27 streaming functionality, allowing the user to stream video games, as well as subscription video

28 services like Netflix, Amazon Prime, YouTube, and Disney Plus, and other digital content sourced

FENWICK & WEST LLP
ATTORNEYS AT LAW

1   from the internet to a television or monitor.  SHIELD devices are compatible with downloadable

2   software services provided by NVIDIA and third parties that enhance the devices' functionality.

3       3.    In July 2013, NVIDIA released the first SHIELD device.  From July 2013 until this

4   year, a SHIELD device user could access "GameStream," a free software service provided by

5   NVIDIA that allowed SHIELD users to use their SHIELD devices as conduits to stream video

6   games that resided on an NVIDIA-powered PC to a television or monitor.

7       4.    In order to use GameStream, the user had to set up their SHIELD device and

8   configure their PC.  As discussed in further detail below, the user must agree to the SHIELD

9   Software License Agreement ("SHIELD Agreement") when first setting up their SHIELD device.

10   The SHIELD Agreement provides for binding arbitration.

11   **SHIELD Device Set-Up Flow**

12       5.    After turning on a SHIELD device for the first time, the user enters the mandatory,

13   first-time "set-up flow" (also known as an out-of-the-box experience) which includes steps such as

14   pairing the device and acessories, selecting a language, and selecting a Wi-Fi network.

15       6.    After completing the intial stages of the set-up flow, the user encounters a screen,

16   which states, "By continuing you are agreeing to the NVIDIA Software Terms of Use."  The user

17   then has three options: (1) "Agree and Continue"; (2) "View Terms of Use"; and (3) "View Privacy

18   Policy."  A true and accurate copy of this screen is displayed here:



FENWICK & WEST LLP
ATTORNEYS AT LAW

7.      A user must select "Agree and Continue" to proceed with the set-up flow and begin using their SHIELD device.

8.      If a user selects "View Terms of Use," they are presented with the SHIELD Agreement and may scroll through the entire document, including the arbitration clause in Section 10 ("Governing Law and Dispute Resolution"). True and accurate copies of this scrolling screen are displayed here:

**SHIELD SOFTWARE LICENSE AGREEMENT** 

This license is a legal agreement between you and NVIDIA Corporation ("NVIDIA") and governs your use of software, firmware, content, applications, documentation and any data that is delivered by NVIDIA (collectively, "SOFTWARE") for use in a NVIDIA SHIELD device (the "Device").

This license can be accepted only by an adult of legal age of majority in the country in which the SOFTWARE is used. If you are under the legal age of majority, you must ask your parent or legal guardian to consent to this license. By taking delivery of the SOFTWARE, you affirm that you have reached the legal age of majority, you accept the terms of this license, and you take legal and financial responsibility for the actions of your child and all users of the Device.

You agree to use the SOFTWARE only for purposes that are permitted by (a) this license, and (b) any applicable law, regulation or generally accepted practices or guidelines in the relevant jurisdictions.

1. License.

Subject to the terms of this license, NVIDIA grants you a personal, revocable, non-exclusive limited license to use the SOFTWARE solely on your Device.

You may only transfer the SOFTWARE and your license to the SOFTWARE in connection with the transfer of ownership of your Device and the person receiving the Device agrees to the terms of this license.

**SHIELD SOFTWARE LICENSE AGREEMENT** 

LICENSE OR THE USE OR PERFORMANCE OF THE SOFTWARE, WHETHER SUCH LIABILITY ARISES FROM ANY CLAIM BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER CAUSE OF ACTION OR THEORY OF LIABILITY. IN NO EVENT WILL NVIDIA'S AND ITS AFFILIATES TOTAL CUMULATIVE LIABILITY UNDER OR ARISING OUT OF THIS LICENSE EXCEED THE NET AMOUNT PAID TO NVIDIA FOR YOUR USE OF THE PARTICULAR DEVICE UPON WHICH LIABILITY IS BASED. THE NATURE OF THE LIABILITY OR THE NUMBER OF CLAIMS OR SUITS SHALL NOT ENLARGE OR EXTEND THIS LIMIT.

These exclusions and limitations of liability shall apply regardless if NVIDIA or its affiliates have been advised of the possibility of such damages, and regardless of whether a remedy fails its essential purpose. These exclusions and limitations of liability form an essential basis of the bargain between the parties, and, absent any of these exclusions or limitations of liability, the provisions of this license, including, without limitation, the economic terms, would be substantially different.

10. Governing Law and Dispute Resolution.

This license gives you specific legal rights. You may also have other rights which vary from state to state, and jurisdiction to jurisdiction. Unless this license is presented to you by NVIDIA in another language, you hereby agree to all terms of this license in the English language.

If you have any complaint about this license or the SOFTWARE, please give NVIDIA a chance to resolve it and contact NVIDIA by

FENWICK & WEST LLP
ATTORNEYS AT LAW

**SHIELD SOFTWARE LICENSE AGREEMENT**                                    ✕

If you have any complaint about this license or the SOFTWARE, please give NVIDIA a chance to resolve it and contact NVIDIA by U.S. Mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051. If NVIDIA is unable to resolve your dispute and you wish to present it to an authority for decision, you agree to resolve it according to the laws of the State of Delaware without regard to its conflict of laws rules or principles and submit the dispute to binding arbitration before an arbitrator from Judicial Mediation and Arbitration Services ("JAMS") located in Santa Clara County, California under the Optional Expedited Arbitration Procedures then in effect for JAMS. By entering this license, you agree to bring any claims in your individual capacity, and you waive the right to a trial by jury or to participate in a class action or other type of representative proceeding. If for any reason this license to arbitrate is found not to apply to a dispute and as a result a dispute proceeds in court rather than in arbitration, any dispute shall be resolved in the state or federal courts located in Santa Clara County, California.

Nothing in this license shall prevent a party from seeking injunctive or equitable relief from the courts in any jurisdiction to protect data security, intellectual property rights, or other proprietary rights.

11. General.

Except as provided in this license, you agree that you will not transfer or assign this license or your rights and obligations by any means or operation of law without NVIDIA's permission.

9.      After a SHIELD device is set up, a user can review the SHIELD Agreement at anytime by navigating to the "Settings → Device Prefernces → About → Legal Information" on the SHIELD device.  True and accurate copies of these screens are displayed here:



FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

**SHIELD User License Agreement**

This license is a legal agreement between you and NVIDIA Corporation (NVIDIA) and governs your use of software, firmware, content, applications, documentation and any data that is delivered by NVIDIA (collectively, "SOFTWARE") for use in a NVIDIA SHIELD device (the "Device").

This license can be accepted only by an adult of legal age of majority in the country in which the SOFTWARE is used. If you are under the legal age of majority, you must ask your parent or legal guardian to consent to this license. By taking delivery of the SOFTWARE, you affirm that you have reached the legal age of majority, you accept the terms of this license, and you take legal and financial responsibility for the actions of your child and all users of the Device.

You agree to use the SOFTWARE only for purposes that are permitted by (a) this license, and (b) any applicable law, regulation or generally accepted practices or guidelines in the relevant jurisdictions.

1. License.

Subject to the terms of this license, NVIDIA grants you a personal, revocable, non-exclusive limited license to use the SOFTWARE solely on your Device.

**SHIELD User License Agreement**
EXTEND THIS LIMIT.

These exclusions and limitations of liability shall apply regardless if NVIDIA or its affiliates have been advised of the possibility of such damages, and regardless of whether a remedy fails its essential purpose. These exclusions and limitations of liability form an essential basis of the bargain between the parties, and, absent any of these exclusions or limitations of liability, the provisions of this license, including, without limitation, the economic terms, would be substantially different.

10. Governing Law and Dispute Resolution.

This license gives you specific legal rights. You may also have other rights which vary from state to state, and jurisdiction to jurisdiction. Unless this license is presented to you by NVIDIA in another language, you hereby agree to all terms of this license in the English language.

If you have any complaint about this license or the SOFTWARE, please give NVIDIA a chance to resolve it and contact NVIDIA by U.S. Mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051. If NVIDIA is unable to resolve your dispute and you wish to present it to an authority for decision, you agree to resolve it according to the laws of the State of Delaware without regard to its conflict of laws rules or principles and submit the dispute to binding

**SHIELD User License Agreement**

If you have any complaint about this license or the SOFTWARE, please give NVIDIA a chance to resolve it and contact NVIDIA by U.S. Mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051. If NVIDIA is unable to resolve your dispute and you wish to present it to an authority for decision, you agree to resolve it according to the laws of the State of Delaware without regard to its conflict of laws rules or principles and submit the dispute to binding arbitration before an arbitrator from Judicial Mediation and Arbitration Services ("JAMS") located in Santa Clara County, California under the Optional Expedited Arbitration Procedures then in effect for JAMS. By entering this license, you agree to bring any claims in your individual capacity, and you waive the right to a trial by jury or to participate in a class action or other type of representative proceeding. If for any reason this license to arbitrate is found not to apply to a dispute and as a result a dispute proceeds in court rather than in arbitration, any dispute shall be resolved in the state or federal courts located in Santa Clara County, California.

Nothing in this license shall prevent a party from seeking injunctive or equitable relief from the courts in any jurisdiction to protect data security, intellectual property rights, or other proprietary rights.

11. General.

Except as provided in this license, you agree that you will not

### NVIDIA SHIELD Agreement

10.     Attached hereto as **Exhibit A** is a true and correct copy of the SHIELD Agreement, which governs the "use of software, firmware, content, applications, documentation and any data that is delivered by NVIDIA (collectively, 'SOFTWARE') for use in a NVIDIA SHIELD device (the 'Device')." Using SOFTWARE is required for any intended use of SHIELD devices, including completing the set-up process, accessing the menu screen, and launching or installing any apps and services, such as Netflix and the NVIDIA Games Application (which included GameStream).

11.     Under Section 10, "Governing Law and Dispute Resolution," the SHIELD Agreement contains the following arbitration clause:

> If you have any complaint about this license or the SOFTWARE, please give NVIDIA a chance to resolve it and contact NVIDIA by U.S. Mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051.  If NVIDIA is unable to resolve your dispute and you wish to present it to an authority for decision, you agree to resolve it according to the laws of the State of Delaware without regard to its conflict of laws rules or principles and submit the dispute to binding arbitration before an arbitrator from Judicial Mediation and Arbitration Services ("JAMS") located in Santa Clara County, California under the Optional Expedited Arbitration Procedures then in effect for JAMS. . . .  If for any reason this license to arbitrate is found not to apply to a dispute and as a result a dispute proceeds in court rather than in arbitration, any dispute shall be resolved in the state or federal courts located in Santa Clara County, California. . . . Nothing in this license shall prevent a party from seeking injunctive or equitable relief from the courts in any jurisdiction to protect data security, intellectual property rights, or other proprietary rights.

12.     Section 10 also includes a class action and jury trial waiver, stating:  "By entering this license, you agree to bring any claims in your individual capacity, and you waive the right to a trial by jury or to participate in a class action or other type of representative proceeding."

13.     The SHIELD Agreement has contained these two provisions since March 27, 2019.

FENWICK & WEST LLP
ATTORNEYS AT LAW

**Plaintiffs' Allegations**

14.     I have reviewed Plaintiffs Carlton Davenport and Quang Ho's Complaint filed in this case.  I understand that Plaintiffs claim that they purchased SHIELD devices to stream games from their PCs to their television using the GameStream software service.

15.     To setup their SHIELD devices, Plaintiffs were prompted to agree to, and could review, the SHIELD Agreement.

16.     To operate and use their SHIELD devices, Plaintiffs necessarily used the "SOFTWARE" referenced in and subject to the SHIELD Agreement.

17.     The SHIELD Agreement includes an arbitration clause, which requires the user to resolve disputes in binding arbitration.

18.     NVIDIA accepts feedback and attempts to troubleshoot issues regarding its products when reported by users.  But I understand, after inquiry, that NVIDIA Customer Care has no record of Plaintiffs having contacted NVIDIA regarding the issues described in Plaintiffs' Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is trust and correct.  Executed on June 23, 2023 at ___Burlingame, CA_____.



DocuSigned by:

66EC3A8B678E405...

BRIAN CHOI

FENWICK & WEST LLP
ATTORNEYS AT LAW