# Exhibit A

This license is a legal agreement between you and NVIDIA Corporation ("NVIDIA") and governs your use of software, firmware, content, applications, documentation and any data that is delivered by NVIDIA (collectively, "SOFTWARE") for use in a NVIDIA SHIELD device (the "Device").

This license can be accepted only by an adult of legal age of majority in the country in which the SOFTWARE is used. If you are under the legal age of majority, you must ask your parent or legal guardian to consent to this license. By taking delivery of the SOFTWARE, you affirm that you have reached the legal age of majority, you accept the terms of this license, and you take legal and financial responsibility for the actions of your child and all users of the Device.

You agree to use the SOFTWARE only for purposes that are permitted by (a) this license, and (b) any applicable law, regulation or generally accepted practices or guidelines in the relevant jurisdictions.

1. License.

Subject to the terms of this license, NVIDIA grants you a personal, revocable, non-exclusive limited license to use the SOFTWARE solely on your Device.

You may only transfer the SOFTWARE and your license to the SOFTWARE in connection with the transfer of ownership of your Device and the person receiving the Device agrees to the terms of this license.

You agree that you will not modify, reverse engineer, decompile, or disassemble the SOFTWARE, nor attempt in any other manner to obtain source code of the SOFTWARE.

You agree that you will not sell, rent, sublicense, distribute or transfer the SOFTWARE (except that you may transfer as described in this license); or provide commercial hosting services with the SOFTWARE.

You may not bypass, disable, or circumvent any encryption, security, digital rights management or authentication mechanism in the SOFTWARE.

The SOFTWARE may come bundled with or otherwise be distributed with third party software licensed by an NVIDIA supplier (including the operating system software) and open source software provided under an open source license. Use of third-party software is subject to the third-party license terms, or in the absence of third-party terms, the terms of this license. Copyright to third party software is held by the copyright holders indicated in the third-party software or license.

2. Updates.

You agree that NVIDIA is authorized to patch, maintain or update automatically the SOFTWARE, for example through over the air updates. By using the SOFTWARE, you agree to receive automatic updates that may be provided for system software for your Device or other NVIDIA-authorized hardware, without any additional notice, and you permit NVIDIA to download and install them for you.

YOU ACKNOWLEDGE THAT BY INSTALLING SOFTWARE ON YOUR DEVICE, THE DEVICE MAY NOT BE CAPABLE OF BEING RESTORED TO ITS PRIOR CONDITION AND THAT APPLICATIONS AND SERVICES MAY BE AFFECTED BY YOUR USE OF SOFTWARE. FURTHER, YOU UNDERSTAND THAT DATA (INCLUDING DOCUMENTS) FROM SUCH APPLICATIONS OR SERVICES THAT YOU CREATE OR CHANGE WHILE USING THE SOFTWARE MAY BE INCAPABLE OF BEING RESTORED OR RECOVERED. NVIDIA SHALL NOT BE RESPONSIBLE FOR ANY COSTS, EXPENSES OR OTHER LIABILITIES YOU MAY INCUR AS A RESULT OF YOUR TESTING, INSTALLATION OR USE OF SOFTWARE, INCLUDING BUT NOT LIMITED TO ANY DAMAGE TO ANY EQUIPMENT, SOFTWARE OR DATA OR ANY LOSS OF DATA OR INFORMATION ARISING FROM YOUR USE OF SOFTWARE. You acknowledge and agree that you are responsible for protecting and backing up your data and information on your Device and/or peripherals. It is recommended that you regularly back up any data.

3. Additional Services.

The SOFTWARE may enable access to third party websites, products, services or information such as Google Play and other NVIDIA and third-party websites and services ("Additional Services"). Such Additional Services may not be available in all languages or in all countries. Use of the Additional Services requires internet access and use of certain Additional Services may require an NVIDIA or other user account, may require you to accept additional terms and may be subject to additional fees. If you access Additional Services from the Device, you do so at your own risk, and you understand that Additional Services are outside the scope of this license.

It's up to you to review the privacy statements on those websites that you choose to visit so that you can understand how they may collect, use and share your personal information. NVIDIA is not responsible or liable for: (i) the availability or accuracy of such websites; or (ii) the products, services or information available on or through such websites; or (iii) the privacy statements or practices of websites controlled by other companies or organizations. The availability of Additional Services does not imply any endorsement by NVIDIA and you expressly relieve NVIDIA from any and all liability arising from your use of any third-party websites, products, services or information.

4. Data Collection.

You hereby acknowledge that the SOFTWARE may access and collect data in order to: (a) properly configure and optimize the Device in which the SOFTWARE is installed for use with the

Device; (b) deliver content or service through the SOFTWARE; (c) improve NVIDIA products and services; (d) provide automatic updates.

To run and update the Device, NVIDIA needs to know your software version number, geographic region, and serial number. NVIDIA does not store this data after use.

If you opt-in to recommendations, NVIDIA will show you games, apps, and rewards you may enjoy. If you opt-in to share technical data from your Device to help NVIDIA find and fix bugs or improve quality of service, you will be sharing Device and accessory information, software (including settings, usage, and how well they run), feature usage, error logs, and geographical information.

You should review the NVIDIA Privacy Policy, located at https://www.nvidia.com/en-us/about-nvidia/privacy-policy/, which explains NVIDIA's policy for collecting and using data, as well as visit the NVIDIA Privacy Center, located at https://www.nvidia.com/en-us/privacy-center/, to manage your consent and privacy preferences.

5. Photosensitivity Notice.

A very small percentage of individuals may experience epileptic seizures or blackouts when exposed to certain light patterns or flashing lights. Exposure to certain patterns or backgrounds on a television screen or when playing content such as video games may trigger epileptic seizures or blackouts in these individuals. These conditions may trigger previously undetected epileptic symptoms or seizures in persons who have no history of prior seizures or epilepsy. If you or anyone in your family has an epileptic condition or has had seizures of any kind, consult your physician before using the Device. IMMEDIATELY DISCONTINUE use and consult your physician if you or your child have any of the following health problems or symptoms: dizziness, altered vision, eye or muscle twitches, loss of awareness, disorientation, seizures or any involuntary movement or convulsion, nausea or a sensation like motion sickness, or discomfort or pain in the eyes, ears, hands, arms or any other part of the body. RESUME USE ONLY ON APPROVAL OF YOUR PHYSICIAN.

6. Termination.

Each SOFTWARE license commences upon your initial access and lasts until the earlier of (a) installation of an update that replaces the SOFTWARE, (b) removal of the SOFTWARE from your Device, and (c) termination of this license. Your rights under this license will terminate automatically without notice from NVIDIA if you fail to comply with any term of this license. Upon termination, you shall stop using the SOFTWARE. All provisions of this license will survive termination except for the license granted to you.

7. Ownership and Feedback.

The SOFTWARE, including all intellectual property rights, is and will remain the sole and exclusive property of NVIDIA or its licensors. Except as expressly granted in this license, NVIDIA reserves all rights, interests, and remedies in connection with the SOFTWARE.

You may, but don't have to, provide to NVIDIA suggestions, feature requests, comments or other feedback regarding the SOFTWARE, including possible enhancements or modifications to the SOFTWARE. For any feedback that you voluntarily provide, you grant NVIDIA and its affiliates a perpetual, non-exclusive, worldwide, irrevocable license to use, reproduce, modify, license, sublicense (through multiple tiers of sublicensees), distribute (through multiple tiers of distributors) and otherwise commercialize it without any payment to you.

8. Disclaimer of Warranties.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SOFTWARE IS PROVIDED "AS IS", "AS AVAILABLE," "WITH ALL FAULTS" AND NVIDIA EXPRESSLY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF OPERABILITY, CONDITION, VALUE, ACCURACY OF DATA, OR QUALITY, AS WELL AS ANY WARRANTIES OF MERCHANTABILITY, SYSTEM INTEGRATION, WORKMANSHIP, SUITABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT OR THE ABSENCE OF ANY DEFECTS THEREIN, WHETHER LATENT OR PATENT.

NVIDIA DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY CONTENT OR ADDITIONAL SERVICES AND NVIDIA WILL NOT BE A PARTY TO OR IN ANY WAY MONITOR ANY TRANSACTION BETWEEN YOU AND THIRD-PARTIES. ANY CONTENT OR ADDITIONAL SERVICES ARE AVAILABLE AT YOUR OWN RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR DEVICE, COMPUTER SYSTEM OR FOR ANY DATA LOSS.

9. Limitation of Liability.

TO THE MAXIMUM EXTENT PERMITTED BY LAW, NVIDIA AND ITS AFFILIATES SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, OR ANY LOST PROFITS, LOSS OF USE, LOSS OF DATA OR LOSS OF GOODWILL, OR THE COSTS OF PROCURING SUBSTITUTE PRODUCTS, ARISING OUT OF OR IN CONNECTION WITH THIS LICENSE OR THE USE OR PERFORMANCE OF THE SOFTWARE, WHETHER SUCH LIABILITY ARISES FROM ANY CLAIM BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER CAUSE OF ACTION OR THEORY OF LIABILITY. IN NO EVENT WILL NVIDIA'S AND ITS AFFILIATES TOTAL CUMULATIVE LIABILITY UNDER OR ARISING OUT OF THIS LICENSE EXCEED THE NET AMOUNT PAID TO NVIDIA FOR YOUR USE OF THE PARTICULAR DEVICE UPON WHICH LIABILITY IS BASED. THE NATURE OF THE LIABILITY OR THE NUMBER OF CLAIMS OR SUITS SHALL NOT ENLARGE OR EXTEND THIS LIMIT.

These exclusions and limitations of liability shall apply regardless if NVIDIA or its affiliates have been advised of the possibility of such damages, and regardless of whether a remedy fails its essential purpose. These exclusions and limitations of liability form an essential basis of the bargain between the parties, and, absent any of these exclusions or limitations of liability, the provisions of this license, including, without limitation, the economic terms, would be substantially different.

10. Governing Law and Dispute Resolution.

This license gives you specific legal rights. You may also have other rights which vary from state to state, and jurisdiction to jurisdiction. Unless this license is presented to you by NVIDIA in another language, you hereby agree to all terms of this license in the English language.

If you have any complaint about this license or the SOFTWARE, please give NVIDIA a chance to resolve it and contact NVIDIA by U.S. Mail at NVIDIA Corporation, ATTN: Legal, 2788 San Tomas Expressway, Santa Clara, California, 95051. If NVIDIA is unable to resolve your dispute and you wish to present it to an authority for decision, you agree to resolve it according to the laws of the State of Delaware without regard to its conflict of laws rules or principles and submit the dispute to binding arbitration before an arbitrator from Judicial Mediation and Arbitration Services ("JAMS") located in Santa Clara County, California under the Optional Expedited Arbitration Procedures then in effect for JAMS. By entering this license, you agree to bring any claims in your individual capacity, and you waive the right to a trial by jury or to participate in a class action or other type of representative proceeding. If for any reason this license to arbitrate is found not to apply to a dispute and as a result a dispute proceeds in court rather than in arbitration, any dispute shall be resolved in the state or federal courts located in Santa Clara County, California.

Nothing in this license shall prevent a party from seeking injunctive or equitable relief from the courts in any jurisdiction to protect data security, intellectual property rights, or other proprietary rights.

11. General.

Except as provided in this license, you agree that you will not transfer or assign this license or your rights and obligations by any means or operation of law without NVIDIA's permission.

This LICENSE is the final, complete and exclusive agreement between the parties relating to the subject matter of this license and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter, whether oral or written. This license may only be modified in a writing signed by an authorized representative of each party.

If it turns out that any provision of this license is not enforceable, such provision will be construed as limited to the extent necessary to be consistent with and fully enforceable under

the law and the remaining provisions will remain in full force and effect. No waiver or failure to assert a right under this license shall be deemed a further or continuing waiver of such right or any other right.

You agree that you will not ship, transfer or export the SOFTWARE into any country, or use the SOFTWARE in any manner, prohibited by the United States Bureau of Industry and Security or any applicable export laws, restrictions or regulations.

(v. March 27, 2019)