1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  NICHOLAS A. SANTOS (CSB No. 335767)
   nsantos@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  DAVID W. FEDER (*pro hac vice* forthcoming)
   dfeder@fenwick.com
8  FENWICK & WEST LLP
   902 Broadway, 18th Floor
9  New York, NY 10010
   Telephone:    212.430.2600
10
   Y. MONICA CHAN (*pro hac vice* forthcoming)
11 mchan@fenwick.com
   FENWICK & WEST LLP
12 401 Union Street, 5th Floor
   Seattle, WA 98101
13 Telephone:    206.913.4319

14 Attorneys for Defendant
   NVIDIA CORPORATION

15

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

20

| 21 | CARLTON DAVENPORT and QUANG HO, individually and on behalf of all others similarly situated, | Case No.: 5:23-cv-01877-BLF |
|---|---|---|
| 22 | | **[PROPOSED] ORDER GRANTING DEFENDANT NVIDIA CORPORATION'S MOTION TO COMPEL ARBITRATION** |
| 23 | Plaintiffs, | |
| 24 | v. | Date:     December 7, 2023 |
| 25 | NVIDIA CORPORATION, | Time:     9:00 a.m. Dept:     Courtroom 3, 5th floor |
| 26 | Defendant. | Judge:    Beth Labson Freeman |
| 27 | | Trial Date: None |

Having considered Defendant NVIDIA Corporation's Motion to Compel Arbitration and supporting declaration and exhibit, and Plaintiffs Carlton Davenport and Quang Ho's Opposition, NVIDIA's Reply, all other papers and arguments submitted to the Court, and the parties' respective arguments at the hearing on the matter, and good cause appearing, the Court **HEREBY GRANTS** NVIDIA's Motion to Compel Arbitration and **STAYS** this case pending the completion of arbitration.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE