| | |
|---|---|
| Laurence F. Pulgram (CSB No. 115163) | Daniel L. Warshaw (CSB No. 185365) |
| lpulgram@fenwick.com | dwarshaw@pwfirm.com |
| Molly R. Melcher (CSB No. 272950) | Naveed Abaie (CSB No. 323338) |
| mmelcher@fenwick.com | nabaie@pwfirm.com |
| Nicholas A. Santos (CSB No. 335767) | PEARSON WARSHAW, LLP |
| nsantos@fenwick.com | 15165 Ventura Boulevard, Suite 400 |
| FENWICK & WEST LLP | Sherman Oaks, CA 91403 |
| 555 California Street, 12th Floor | Telephone:   818.788.8300 |
| San Francisco, CA 94104 | Facsimile:   818.788.8104 |
| Telephone:   415.875.2300 | |
| Facsimile:   415.281.1350 | Jill M. Manning (CSB No. 178849) |
| | jmanning@pwfirm.com |
| David W. Feder (admitted *pro hac vice*) | PEARSON WARSHAW, LLP |
| dfeder@fenwick.com | 555 Montgomery St., Suite 1205 |
| FENWICK & WEST LLP | San Francisco, CA 94111 |
| 902 Broadway, 18th Floor | Telephone:   415.433.9000 |
| New York, NY 10010 | |
| Telephone:   212.430.2600 | Benjamin Gubernick (CSB No. 321883) |
| | ben@gubernicklaw.com |
| Y. Monica Chan (*pro hac vice* forthcoming) | GUBERNICK LAW P.L.L.C. |
| mchan@fenwick.com | 10720 W. Indian School Rd., |
| FENWICK & WEST LLP | Suite 19, PMB 12 |
| 401 Union Street, 5th Floor | Phoenix, AZ 85037 |
| Seattle, WA 98101 | Telephone:   623.252.6961 |
| Telephone:   206.913.4319 | |
| | Attorneys for Plaintiffs |
| Attorneys for Defendant | CARLTON DAVENPORT & QUANG HO |
| NVIDIA CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLTON DAVENPORT and QUANG HO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>NVIDIA CORPORATION,<br><br>                    Defendant. | Case No.: 5:23-cv-01877-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE INITIAL CASE MANAGEMENT DEADLINES**<br><br>***AS MODIFIED BY THE COURT** |

Plaintiff Carlton Davenport and Quang Ho ("Plaintiffs") and NVIDIA Corporation ("Defendant" or "NVIDIA"), pursuant to Civil Local Rules 6-2 and 16-2, respectfully request that the Court enter the parties' stipulation below: (1) extending the schedule for the opposition and reply briefs to Defendant's Motion to Dismiss, Motion to Compel Arbitration, and Request for Judicial Notice (ECF Nos. 21-23) and (2) continuing the Initial Case Management Conference, currently scheduled for September 7, 2023, and related initial case management deadlines.

## FACTS UNDERLYING THE PARTIES' STIPULATION

In support of their Stipulation, the parties offer the following facts:

A.   Plaintiffs filed the Complaint in this action on April 18, 2023, and NVIDIA waived service on April 26, 2023.

B.   On June 26, 2023, NVIDIA filed a Motion to compel Plaintiffs' claims to arbitration and concurrently, a Motion to dismiss the Complaint in the alternative (collectively, "Motions") (ECF Nos. 21, 22, 23).  Plaintiffs indicated that they intend to oppose both Motions.

C.   The hearing date for both Motions is December 7, 2023 (ECF Nos. 21, 22, 23).

D.   The parties agree that party and judicial efficiency would be best served by extending the briefing schedule for NVIDIA's Motions and deferring the Initial Case Management Conference and related case management deadlines until after the Court rules on the Motions.

E.   There have been no previous time modifications in this case.

## STIPULATION

In light of the above facts, the parties jointly request that the Court enter the following Stipulation as the Order of the Court.

1.   Plaintiffs' deadline to file their oppositions to both Motions, currently due July 10, 2023, shall be extended until August 10, 2023.  Defendant's deadline to file its replies in support of both Motions, currently due July 17, 2023, shall be extended until August 31, 2023.

2.   The Initial Case Management Conference and related case management deadlines shall be continued as follows:

| Event | Date |
|---|---|
| September 7, 2023 Initial Case Management Conference | The fourth (4th) Thursday after the Court's ruling on the Motions, or any Thursday available on the Court's calendar thereafter |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement | Seven (7) days before the Initial Case Management Conference |
| Last day for Rule 26(f) conference | Twenty-one (21) days before the Initial Case Management Conference |
| Last day to file ADR Certification | Twenty-one (21) days before the Initial Case Management Conference |

**IT IS SO STIPULATED.**

Dated:   July 6, 2023                                FENWICK & WEST LLP

By: */s/ Laurence F. Pulgram*
Laurence F. Pulgram
Molly R. Melcher
David W. Feder
Y. Monica Chan
Nicholas A. Santos

Attorneys for Defendant
NVIDIA CORPORATION

Dated:   July 6, 2023                                PEARSON WARSHAW, LLP
GUBERNICK LAW P.L.L.C.

By: */s/ Jill M. Manning*
Jill M. Manning
Daniel L. Warshaw
Naveed Abaie
Benjamin Gubernick

Attorneys for Plaintiffs and proposed class
CARLTON DAVENPORT AND QUANG HO

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: July 6, 2023

/s/ Laurence F. Pulgram
Laurence F. Pulgram

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**The Case Management Conference is SET for January 11, 2023.**

Dated: July 6, 2023

UNITED STATES DISTRICT JUDGE